Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | JUDGE JOHN W. DARRAH MAGISTRATE JUDGE SCHENKIER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 GJ 480 | **DATE** | DECEMBER 16, 2008 |
| **CASE TITLE** | U. S. v. DAVID LEE, also known as "David Young" | | |

**08 CR 1041**

**DOCKET ENTRY TEXT**

### Grand Jury Proceeding

The Grand Jury for SPECIAL FEBRUARYBER 2008-1 the Session, a quorum being present, returns the above-entitled indictment in open Court this date before

Judge or Magistrate Judge _____

TO SET PRELIMINARY BAIL AT $4500.00 AND THAT DEFENDANT BE ALLOWED TO SIGN OWN RECOGNIZANCE BOND.

**FILED**
DEC 1 6 2008  TC
DEC 16 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

SIGNATURE OF JUDGE _____ (ONLY IF FILED
or MAGISTRATE JUDGE                                                UNDER SEAL)

Courtroom Deputy Initials: