

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | John W. Darrah | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 1041 - 1 | **DATE** | 3/25/2009 |
| **CASE TITLE** | USA vs. David Lee | | |

**DOCKET ENTRY TEXT**

Change of plea hearing held. Defendant withdraws his plea of not guilty and enters a plea of guilty to count one of the indictment. Judgment of guilty entered. Enter Plea Agreement. Cause is referred to the probation office for the preparation of a presentence investigation report. Sentencing set for 6/3/09 at 1:00 p.m. Status hearing set for 4/7/09 and jury trial set for 4/27/09 is vacated. In the interests of justice, time is ordered excluded to 6/3/09 on counts two and three for plea negotiations pursuant to 18:3161(h)(8)(A)(B). (x-t).

Docketing to mail notices.

00:30



| | Courtroom Deputy Initials: | MF |
|---|---|---|