UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | No. 08 CR 1041 |
| v. ) | |
| ) | Judge John W. Darrah |
| DAVID LEE ) | |
|     also known as "David Young" ) | |

**NOTICE OF MOTION**

TO:    All ECF Filers

    PLEASE TAKE NOTICE that on Wednesday, June 3, 2009 at 1:00 p. m., or as soon thereafter as counsel may be heard, I will appear before Judge John W. Darrah in the courtroom usually occupied by her in the United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, or before such other judge who may be sitting in his place and stead, and then and there present **MOTION OF THE UNITED STATES FOR ENTRY OF PRELIMINARY ORDER OF FORFEITURE**, at which time and place you may appear if you see fit.

                                            Respectfully submitted,

                                            PATRICK J. FITZGERALD
                                            United States Attorney

                                            /s/ Joseph Alesia
                    By:    JOSEPH ALESIA
                                            Assistant United States Attorney
                                            219 S. Dearborn Street, 5th Floor
                                            Chicago, Illinois  60604
                                            (312) 353-6630

Date: May 26, 2009