# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| vs. | ) | **08 CR 1041** |
| | ) | **Judge John W. Darrah** |
| | ) | |
| **DAVID LEE** | ) | |

## NOTICE OF FILING

To: AUSA Joseph Alesia
219 S. Dearborn, 5th Floor
Chicago, IL 60604

PLEASE TAKE NOTICE that on May 28, 2009, I have filed Defendant David Lee's Sentencing Memorandum.

## CERTIFICATE OF SERVICE

I hereby certify that I have served upon the above-named individual a copy of the above-described document by electronically filing same using the Court's ECF system.

/s/ Terence P. Gillespie

TERENCE P. GILLESPIE
53 W. Jackson Blvd., Suite 1420
Chicago, IL 60604
(312) 726-9015